## THOMANN v. MASSETL.

(Supreme Court, Appellate Term.   November 27, 1900.)

APPEAL AND ERROR—CONFLICTING TESTIMONY—REVIEW.
Where the evidence as to the chief matters in controversy was conflicting, the appellate term will not disturb the judgment.

Appeal from municipal court, borough of Manhattan.

Action on account by Jacob Thomann against Anthony Massetl. From a judgment in favor of defendant, plaintiff appeals.   Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Maurice Rapp, for appellant.
Leopold W. Harburger, for respondent.

PER CURIAM.   While the writing in this case evidences part of the engagement of the parties, it manifestly does not cover the subject which was especially litigated upon the trial, namely, the understanding as to the weight of the article to be made by the plaintiff.   This subject was presented to the court on conflicting evidence, and with the conclusion reached below we see no reason for interfering.   Judgment affirmed, with costs.

---

## BRINKLEY v. NAUGHTON et al.

(Supreme Court, Appellate Term.   November 27, 1900.)

APPEAL—JUDGMENT—CONCLUSIVENESS.
A judgment on conflicting evidence will not be disturbed on appeal.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by Robert C. Brinkley against Bernard Naughton and others.   From a judgment in favor of plaintiff, defendants appeal. Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Thomas C. O'Sullivan, for appellants.
Elmer E. Cooley, for respondent.

PER CURIAM.   No question of law being presented by the record, and the judgment having been rendered on conflicting evidence, there must be an affirmance.
Judgment affirmed, with costs.